

August 5, 2020

Hon. David N. Hurd
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

    Re:   Deecher et al  v. Rensselaer Polytechnic Institute
           Case No. 1:20-cv-498 DNH-CFH

Dear Judge Hurd:

      We represent the Plaintiffs in the above referenced matter. We write to respectfully request (i) an extension of time for Plaintiffs to amend their complaint to August 28, 2020 and (ii) an adjournment of the return date on Defendant's pending Rule 12(c) motion to October 9, 2020.  The parties have conferred and Defendant's counsel consents to the request herein.

      Defendant filed an Answer on July 2, 2020 (Doc. 12) and then moved to dismiss the complaint on July 27, 2020. (Doc. 15).  Plaintiffs are currently required to amend their complaint under Rule 15(b) by August 11, 2020.  Plaintiffs' response to Defendant's motion is also due on September 11, 2020.  Also pending is our motion to consolidate the *Deecher* matter (Doc. 9) with the related matter in *Ford v. Rensselaer Polytechnic Institute*, Case No. 1:20-cv-470 (DNH/CFH), which is also pending before Your Honor.

      We recently spoke with plaintiff's counsel in the *Ford* matter to explore the possibility of the parties stipulating to consolidation and/or the filing of a joint amended class action complaint. In order to have sufficient time to do so, Plaintiffs request that the Court grant the requested extensions.

      Accordingly, Plaintiffs respectfully request that the Court (i) extend the deadline for Plaintiffs to amend their complaint to August 28, 2020 and (ii) adjourn the return date on Defendant's Rule 12(c) motion to October 9, 2020.

                                    Respectfully,

                                    DREYER BOYAJIAN LLP

                                    James R. Peluso
                                    jpeluso@dblawny.com

cc: All counsel via ECF